No. 785. LOWMAN *v.* FEDERAL LAND BANK OF LOUISVILLE ET AL. April 1, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma*

*pauperis,* denied.  *Mr. Samuel E. Cook* for petitioner.